# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-CR-4653-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| JAVIER VILLANUEVA GUERRERO, | |
| Defendant. | |

Based upon the Motion of the United States, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Indictment in Case Number 19-CR-4653-CAB shall be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 3/19/2020.

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT COURT JUDGE